

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 OCT 26  PM 4: 23

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

ANTONIO JOHNS                               CIVIL ACTION

VERSUS                                     NO. 05-2489

WARDEN JAMES MILLER                 SECTION "I" (2)

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's complaint is hereby **DISMISSED WITH PREJUDICE** as legally frivolous and/or for failure to state a claim under 28 U.S.C. § 1915(e)(2) and 42 U.S.C. § 1997e(c)(1).

____ Fee_____
____ Process_____
_X_ Dktd_____
_✓ CtRmDep_____
____ Doc. No_____

**IT IS FURTHER ORDERED** that the motion to dismiss of defendant Warden

James Miller is **DISMISSED AS MOOT.**

_____HOUSTON_____, ~~Louisiana~~ TEXAS, this __25__ day of ____OCT-____, 2005.


_____
UNITED STATES DISTRICT JUDGE